IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br><br>JEFFREY ROBERT JONES AND GRETCHEN CHRISTINE JONES<br><br>JEFFREY ROBERT JONES AND GRETCHEN CHRISTINE JONES,<br><br> Apellants,<br><br>v.<br><br>JOSEPH H. BADAMI,<br><br>Appellee. | Case No. 4:13cv3155<br><br>**ORDER ON THE JOINT MOTION FOR ENLARGEMENT OF TIME FOR FILING OF BRIEFS** |

This matter is before me on the Joint Motion for Enlargement of Time for Filing of Briefs, ECF No. 5.  For the reasons cited in the joint motion,

IT IS ORDERED that:

1. the Joint Motion for Enlargement of Time for Filing of Briefs, ECF No. 5, is granted;

2. the appellant shall serve and file a brief on or before September 30, 2013; and

3. the appellee shall serve and file a brief on or before October 30, 2013.

Dated September 9, 2013.

BY THE COURT

_____
Warren K. Urbom
United States Senior District Judge